156 A.3d 1041

IN THE MATTER OF JOSEPH A. GEMBALA, AN ATTORNEY AT LAW (ATTORNEY NO. 028631985)

MARCH 28, 2017

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 15–421, concluding that as a matter of reciprocal discipline pursuant to *Rule*, 1:20–14(a), **JOSEPH A. GEMBALA** of **PHILADELPHIA, PENNSYLVANIA,** who was admitted to the bar of this State in 1985, should be suspended from the practice of law for a period of one year, based on discipline imposed in the Commonwealth of Pennsylvania for unethical conduct that in New Jersey violates *RPC* 1.3(lack of diligence), *RPC* 1.4(b)(failure to keep a client reasonably informed about the status of a matter and to promptly comply with reasonable requests for information), *RPC* 1.4(c)(failure to explain a matter to the extent reasonably necessary to permit the client to make informed deci-

sions regarding the representation), *RPC* 1.16(d)(failure to properly terminate the representation, *RPC* 5.4(a)(improper fee sharing with a non-lawyer), *RPC* 7.5(a) (letterhead violations), *RPC* 8.4(a)(violate or attempt to violate the *RPCs*), and *RPC* 8.4(c)(conduct involving dishonesty fraud, deceit, or misrepresentation);

And the Disciplinary Review Board having further concluded that the suspension should commence October 23, 2012, the date on which respondent was suspended in the Commonwealth of Pennsylvania;

And the Court having determined from its review of the matter that respondent's suspension should commence July 1, 2016, respondent not having practiced New Jersey law after that date;

And good cause appearing;

It is ORDERED that **JOSEPH A. GEMBALA** is suspended from the practice of law for a period of one year, effective July 1, 2016, and until the further Order of the Court; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(d); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.